UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREEM BYNUM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:13-cv-00187-WTL-DKL ) |
| VILLAGE PARK PLAZA, LLC, | ) ) |
| Defendant. | ) |

**ORDER TO FILE STIPULATION OF DISMISSAL**

The parties having notified the Court that this case settled, the Court hereby orders parties to file their **Stipulation of Dismissal on or before JULY 15, 2013.** Any previously-ordered dates and deadlines are VACATED and any pending motions are DENIED as MOOT.

Date: 06/12/2013

_Denise LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Eric C. Bohnet
ATTORNEY AT LAW
ebohnet@gmail.com

Donald D. Levenhagen
LANDMAN & BEATTY LLP
dlevenhagen@landmanbeatty.com