UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KAREEM BYNUM, | ) | |
| an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:1:13-CV-00187-WTL-DKL |
| vs. | ) | |
| | ) | |
| VILLAGE PARK PLAZA, LLC, | ) | |
| a Delaware Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,                             Respectfully Submitted,

By: */s/ Eric C. Bohnet*                             By: */s/ Donald D. Levenhagen*
   **KU & MUSSMAN, P.A.**                               **LANDMAN & BEATTY, LLP**
   *Attorney for Plaintiff*                             *Attorneys for Defendant*
   Eric C. Bohnet, Esq.                                 Donald D. Levenhagen, Esq.
   Attorney No. 24761-84                                Attorney No. 10327-49
   Attorney at Law                                      1150 Market Square Center
   6617 Southern Cross Drive                            151 North Delaware Street
   Indianapolis, Indiana 46237                          P.O. Box 44953
   Tel: (317) 750-8503                                  Indianapolis, IN 46244
   ebohnet@gmail.com                                    Tel: (317) 236-1040
                                                        dlevenhagen@landmanbeatty.com